*ford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Maas, J.—burglary, third degree.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES VINCENT, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Hurlbutt, J.—forgery, second degree.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES VINCENT, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Hurlbutt, J.—tampering with a witness, third degree.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY SICURELLA, JR., Appellant.—Judgment unanimously reversed on the law, plea vacated and matter remitted to Orleans County Court for further proceedings on the indictment. Memorandum: Defendant was charged with one count of reckless endangerment in the first degree (Penal Law § 120.25) for discharging a rifle while riding in a friend's vehicle. He entered a plea of guilty to one count of criminal mischief in the third degree (Penal Law § 145.05) in satisfaction of the indictment.

Criminal mischief in the third degree is not a lesser included offense of reckless endangerment *(see,* CPL 1.20 [37]; 220.20). The People concede that defendant entered a plea to a charge which is not a lesser included offense of the crime charged, and that the plea must be vacated *(see, People v Williams,* 44 AD2d 216, 217; *see also,* CPL 220.10 [3]). (Appeal from judgment of Orleans County Court, Miles, J.—criminal mischief, third degree.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN ENCHAUTEGUIS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oneida County Court, Darrigrand, J.—assault, second degree, and other charges.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.